IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JANIE SANTANA,** | § | |
| | § | **BANKRUPTCY NO. 12-30880** |
| **Debtors** | § | |

### AFFIDAVIT IN LIEU OF PAYMENT ADVICES

**BEFORE ME**, the undersigned authority, on this day personally appeared Janie Santana who swore on oath that the following facts are true:

1. "My name is Janie Santana. I am over 18 years of age, of sound mind, and fully competent to make this affidavit. I have personal knowledge of the facts stated herein and they are all true and correct.

2. I have not been employed in the 60 days preceding bankruptcy.

3. I have not received pay advices from any source in the 60 days preceding bankruptcy."

FURTHER AFFIANT SAYETH NOT.

SIGNED February 10 2012.

_Janie Santana_
Janie Santana, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on February 10, 2012.

_Cassie Lozano_
Notary Public in and for the State of Texas

CASSIE LYNN LOZANO
Notary Public, State of Texas
My Commission Expires
December 22, 2015