# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:  **Janie Santana**  CASE NO  **12-30880**

CHAPTER  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No.  1**

**Creditor's Name:**
Bank of America, N.A.
7235 S Loop East
Houston, Texas 77087

**Describe Property Securing Debt:**
10023 Valley Lake Drive

Property will be (check one):
- [ ] Surrendered
- [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt
- [ ] Not claimed as exempt

---

**Property No.  2**

**Creditor's Name:**
Comerica Bank
P.O. Box 650282
Dallas, Texas 75265-0282

**Describe Property Securing Debt:**
4625 Clay Street

Property will be (check one):
- [ ] Surrendered
- [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt
- [ ] Not claimed as exempt

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE: **Janie Santana**　　　　　　　　　　　CASE NO **12-30880**

　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 1*

---

**Property No. 3**

**Creditor's Name:**
Elsa Martinez

**Describe Property Securing Debt:**
10023 Valley Lake Drive

Property will be (check one):
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt
- ☐ Not claimed as exempt

---

**Property No. 4**

**Creditor's Name:**
Greater East End Management District
c/o Linebarger Goggan Blair & Smapson, L
1300 Main, Suite 300
Houston, Texas 77253-3064

**Describe Property Securing Debt:**
4625 Clay Street

Property will be (check one):
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt
- ☐ Not claimed as exempt

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE: **Janie Santana**                    CASE NO  **12-30880**

CHAPTER  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 2*

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Lupita Ortiz<br>10023 Valley Lake Drive<br>Houston, Texas 77078 | **Describe Property Securing Debt:**<br>10023 Valley Lake Drive |

Property will be (check one):
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt
- ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Ben J. Raia<br>18333 Egret Bay Blvd, Ste 580<br>Houston, TX 77058 | **Describe Leased Property:**<br>divorce attorney | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑     NO ☐ |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>Charles Uresti<br>10023 Valley Lake Drive<br>Houston, Texas 77078 | **Describe Leased Property:**<br>Tenant 3 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑     NO ☐ |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: Janie Santana                                           CASE NO  12-30880

                                                               CHAPTER  7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 3*

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>Lupita Ortiz<br>10023 Valley Lake Drive<br>Houston, Texas 77078 | **Describe Leased Property:**<br>Sale of Property at<br>10023 Valley Lake Drive<br>Houston, Texas 77078 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑         NO ☐ |

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:**<br>Maria Rodriguez<br>4625 Clay Street<br>Houston, Texas 77023 | **Describe Leased Property:**<br>Tenant 2 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑         NO ☐ |

| Property No. 5 | | |
|---|---|---|
| **Lessor's Name:**<br>Rosa Rodriguez<br>4625 Clay Street<br>Houston, Texas 77023 | **Describe Leased Property:**<br>Tenant 1 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑         NO ☐ |

| Property No. 6 | | |
|---|---|---|
| **Lessor's Name:**<br>Steve Kamel<br>1400 Post Oak Blvd., #1150<br>Houston, TX 77056-3005 | **Describe Leased Property:**<br>Attorney Contingency Fee Due from Wrongful Death Suit | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑         NO ☐ |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Janie Santana**　　　　　　　　　　　　　　　CASE NO  **12-30880**

　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 4*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **3/8/2012**　　　　　　　　　Signature  **/s/ Janie Santana**
　　　　　　　　　　　　　　　　　　　　　　　　　*Janie Santana*

Date　　　　　　　　　　　　　　　　Signature