**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)                    Case Number **12–30880**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** Southern District of Texas | |

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 2/6/12 and was converted to a case under chapter 7 on 3/5/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Janie Santana
fka Janie Farias, fka Janie Uresti
4625 Clay
Houston, TX 77023

| Case Number:<br>12–30880 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–6561 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Andrew Haut<br>Middagh & Lane<br>12946 Dairy Ashford<br>Sugar Land, TX 77478<br>Telephone number:  713–459–9278 | Bankruptcy Trustee (name and address):<br>Randy W Williams<br>Thompson & Knight LLP<br>333 Clay<br>Ste 3300<br>Houston, TX 77002<br>Telephone number:  713–654–8111 |

### Meeting of Creditors

Date:  **April 2, 2012**                    Time:  **11:30 AM**
Location:  **Suite 3401, 515 Rusk Ave, Houston, TX 77002**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 6/1/12**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208<br>Telephone number:  (713) 250–5500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David J. Bradley |
|---|---|
| Hours Open:  Monday – Friday 9:00 AM – 5:00 PM | Date:  3/9/12 |

## EXPLANATIONS

**B9A (Official Form 9A) (12/11)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint — or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) — in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

United States Bankruptcy Court
Southern District of Texas

In re:
Janie Santana
Debtor

Case No. 12-30880-drj
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: aboy Page 1 of 3 Date Rcvd: Mar 09, 2012
Form ID: b9a Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2012.

| | |
|---|---|
| db | +Janie Santana, 4625 Clay, Houston, TX 77023-1211 |
| aty | +Thomas C Scannell, Jr, Settle Pou, 3333 Lee Parkway, Dallas, TX 75219-5111 |
| tr | +Randy W Williams, Thompson & Knight LLP, 333 Clay, Ste 3300, Houston, TX 77002-4499 |
| 7861908 | +ACS PRIMARY CARE PHYS SW PA, by PRA Receivables Management, LLC, PO Box 12907, Norfolk VA 23541-0907 |
| 7873500 | +Bank of America, N.A., 7235 S Loop East, Houston, Texas 77087-2311 |
| 7878590 | +Ben J. Raia, 18333 Egret Bay Blvd, Ste 580, Houston, TX 77058-3266 |
| 7878591 | +Charles Uresti, 10023 Valley Lake Drive, Houston, Texas 77078-3206 |
| 7873501 | +Charles XXXXXXX, 4625 Clay Street, Houston, Texas 77023-1211 |
| 7873502 | Comerica Bank, P.O. Box 650282, Dallas, Texas 75265-0282 |
| 7878596 | HSBC, P.O. Box 60084, Salinas, CA 93912-0084 |
| 7873506 | +Lupita Ortiz, 10023 Valley Lake Drive, Houston, Texas 77078-3206 |
| 7873507 | +Maria Rodriguez, 4625 Clay Street, Houston, Texas 77023-1211 |
| 7873509 | +Queen of Peace Catholic School, 2320 Oak Cliff Street, Houston, Texas 77023-5394 |
| 7873510 | +Roberto Larios, 275 South Oak Knoll Ave, #10, Pasadena, CA 91101-2980 |
| 7873511 | +Rosa Rodriguez, 4625 Clay Street, Houston, Texas 77023-1211 |
| 7878602 | #Steve Kamel, 1400 Post Oak Blvd., #1150, Houston, TX 77056-3005 |
| 7878603 | +Sun Loan Finance, 6969 Gulf Fwy #390, Houston, TX 77087-2599 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | |
|---|---|
| aty | E-mail/Text: ahaut@andrewhautlaw.com Mar 09 2012 23:46:10 Andrew Haut, Middagh & Lane, 12946 Dairy Ashford, Sugar Land, TX 77478 |
| ust | +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Mar 09 2012 23:50:39 US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| 7878594 | EDI: AMINFOFP.COM Mar 09 2012 22:23:00 First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 7873504 | +E-mail/Text: houston_bankruptcy@LGBS.com Mar 09 2012 23:51:17 Greater East End Management District, c/o Linebarger Goggan Blair & Smapson, L, 1300 Main, Suite 300, Houston, Texas 77002-6803 |
| 7841843 | EDI: IRS.COM Mar 09 2012 22:23:00 INTERNAL REVENUE SERVICE (Chapter 13 Notice), P O Box 7346, Philadelphia PA 19101-7346 |
| 7878604 | +E-mail/PDF: bk@worldacceptance.com Mar 10 2012 01:25:25 World Finance Corp, 7062 Lawndale St., Houston, TX 77023-4211 |

TOTAL: 6

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

| | |
|---|---|
| cr | Comerica Bank |
| 7873503 | Elsa Martinez |
| 7878593 | Elsa Martinez |
| 7873505 | HSBC |
| 7873508 | Premier Bank |
| 7873512 | Steve Kamel |
| 7873513 | Sun Loan |
| 7873514 | World Finance |
| 7878589* | +Bank of America, N.A., 7235 S Loop East, Houston, Texas 77087-2311 |
| 7878592* | Comerica Bank, P.O. Box 650282, Dallas, Texas 75265-0282 |
| 7878595* | +Greater East End Management District, c/o Linebarger Goggan Blair & Smapson, L, 1300 Main, Suite 300, Houston, Texas 77002-6803 |
| 7878597* | +Lupita Ortiz, 10023 Valley Lake Drive, Houston, Texas 77078-3206 |
| 7878598* | +Maria Rodriguez, 4625 Clay Street, Houston, Texas 77023-1211 |
| 7878599* | +Queen of Peace Catholic School, 2320 Oak Cliff Street, Houston, Texas 77023-5394 |
| 7878600* | +Roberto Larios, 275 South Oak Knoll Ave, #10, Pasadena, CA 91101-2980 |
| 7878601* | +Rosa Rodriguez, 4625 Clay Street, Houston, Texas 77023-1211 |

TOTALS: 8, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

District/off: 0541-4          User: aboy               Page 2 of 3               Date Rcvd: Mar 09, 2012
                             Form ID: b9a              Total Noticed: 23

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 11, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0541-4        User: aboy              Page 3 of 3              Date Rcvd: Mar 09, 2012
                            Form ID: b9a             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2012 at the address(es) listed below:
        Andrew  Haut    on behalf of Debtor Janie Santana ahaut@andrewhautlaw.com,
         haut@m-llaw.com;thegorelawfirm@gmail.com
        David G Peake    court@peakech13trustee.com
        Randy W Williams    williarw@tklaw.com,
         rw13@trustesolutions.com;sandra.nowinski@tklaw.com;nashira.parker@tklaw.com;rw13@trustesolutions.
         net
        Thomas C Scannell    on behalf of Creditor  Comerica Bank tscannell@settlepou.com
        US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV

                                                   TOTAL: 5