IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 12-30880-DRJ |
| JANIE SANTANA, | § | |
| | § | CHAPTER 13 |
| Debtor. | § | |

## COMERICA BANK'S EXHIBIT LIST FOR THE HEARING ON COMERICA BANK'S MOTION FOR RELIEF FROM THE STAY AND CO-DEBTOR STAY REGARDING REAL PROPERTY

Comerica Bank ("Movant") hereby files its list of exhibits of such documents it may seek for admission during the hearing on Movant's Motion for Relief from the Stay and Co-Debtor Stay Regarding Real Property (Docket No. 21), which is currently scheduled for April 3, 2012, at 9:00 a.m., as follows:

### I. LIST OF EXHIBITS

Movant may seek introduction and admission of the following exhibits:

Exhibit No. 1:     Texas Home Equity Deed of Trust;

Exhibit No. 2:     Substitute Trustee's Deed;

Exhibit No. 3:     Judgment by Default for Landlord in Cause No. EV61C0016861;

Exhibit No. 4:     Debtor's Schedules (Docket No. 24); and

Exhibit No. 5:     Debtor's Statement of Intent (Docket No. 30).

Date: March 30, 2012.

Respectfully submitted,

/s/ *Thomas C. Scannell*
David M. O'Dens
Texas Bar I.D. 15198100
*dodens@settlepou.com*

Thomas C. Scannell
Texas Bar I.D. 24070559
*tscannell@settlepou.com*

SETTLEPOU
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
(214) 520-3300
(214) 526-4145 (Facsimile)

ATTORNEYS FOR COMERICA BANK

### Certificate of Service and Certificate of Compliance with BLR 4001

A copy of this Motion was served on the persons shown on Service List attached hereto at the addresses shown therein on March 30, 2012, by prepaid United States first class mail. Movant certifies that Movant has complied with Bankruptcy Local Rule 4001.

/s/ *Thomas C. Scannell*
Thomas C. Scannell

P:\crd\10\0595\exhibit.witness list.doc

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 12-30880-DRJ |
| JANIE SANTANA, | § | |
| | § | CHAPTER 13 |
| Debtor. | § | |

## SERVICE LIST
(Via U.S. Mail First Class or Electronically if a Registered ECF User)

Janie Santana
4625 Clay Street
Houston, Texas 77023

Andrew Haut, Esq.
12946 Dairy Ashford
Sugar Land, Texas 77478

U.S. Trustee
515 Rusk Avenue, Suite 3516
Houston, Texas 77002

Randy W. Williams, Esq.
333 Clay, Suite 3300
Houston, Texas 77002

Roberto M. Larios
4625 Clay Street
Houston, Texas 77023

Roberto M. Larios
275 South Oak Knoll Ave., Unit 10
Pasadena, California 91101

Greater East End Management Dist
1300 Main, Suite 300
Houston, Texas 77253

P:\crd\10\0595\service list.doc