UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANIE SANTANA, | § |
| | § BANKRUPTCY NO. 12-30880 |
| Debtor | § (Chapter 7 – converted from Ch 13) |

### AFFIDAVIT OF JANIE SANTANA

Before me, the undersigned authority, on this day personally appeared Janie Santana, who being by me duly sworn, on oath states:

"My name is Janie Santana. I am over the age of twenty-one years (21) and am otherwise qualified in all respects to make this Affidavit. I have never been convicted of any crime. I have read the Emergency Motion to Reimpose the Automatic Stay Against Comerica and all statements of fact contained therein are true and correct, and within my personal knowledge."

*Janie Santana*
Janie Santana

SUBSCRIBED AND SWORN TO BEFORE ME on this 4 day of April, 2012.

URETHIA LATRICE BUTLER
MY COMMISSION EXPIRES
May 27, 2013

_____
NOTARY PUBLIC, STATE OF TEXAS

My Commission Expires:
May 27, 2013