IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JANIE SANTANA,** | § |
| | §    **BANKRUPTCY NO. 12-30880** |
| **Debtor** | §    **(Chapter 7 – converted from Chapter 13)** |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held on **April 17, 2012 at 9:30 a.m.** before the Honorable David R. Jones, U.S. Bankruptcy Court, 515 Rusk, Courtroom 400, Fourth Floor, Houston, TX 77002, to consider the following:

**EMERGENCY MOTION OF THE DEBTOR TO REIMPOSE AUTOMATIC STAY AGAINST COMERICA**

Dated: April 11, 2012

Respectfully submitted,
**MIDDAGH & LANE, P.L.L.C**

By: /s/ *Andrew Haut*
Robert "Chip" C. Lane
State Bar No. 24046263
Andrew Haut
State Bar No. 24067649
Federal Bar No. 1002164
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Telephone
(713) 595-8201 Facsimile
COUNSEL TO THE DEBTOR