David M. O'Dens
Texas Bar I.D. 15198100
SETTLEPOU
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
(214) 520-3300
(214) 526-4145 (Facsimile)

ATTORNEYS FOR COMERICA BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 12-30880-DRJ |
| JANIE SANTANA, § | |
| § | CHAPTER 13 |
| Debtor. § | |

**COMERICA BANK'S WITNESS AND EXHIBIT LIST FOR THE
HEARING ON DEBTOR'S EMERGENCY MOTION TO
REIMPOSE AUTOMATIC STAY AGAINST COMERICA [Docket No. 42]**

Comerica Bank ("Comerica") hereby files its list of witnesses of persons who it may call to testify and its list of exhibits of such documents it may seek for admission during the hearing on Debtor's Emergency Motion to Re-Impose Automatic Stay Against Comerica (Docket No. 42), which is currently scheduled for April 17, 2012, at 9:30 a.m., as follows:

**I. WITNESSES**

Comerica may call the following persons as witnesses:

1. Janie Santana, Debtor

2. Robert Larios, Co-Debtor

In addition, Comerica may call any or all of the witnesses designated or identified by Debtor and any necessary rebuttal and/or impeachment witnesses.

Comerica reserves the right to supplement and/or amend this list of witness, with leave of Court, as necessary.

## II. LIST OF EXHIBITS

Comerica may seek introduction and admission of the following exhibits:

Exhibit No. 1: Texas Home Equity Note in the original principal amount of $75,548.00;

Exhibit No. 2: Texas Home Equity Deed of Trust;

Exhibit No. 3: Payment History;

Exhibit No. 4: Notice of Acceleration and Sale;

Exhibit No. 5: Order Granting Rule 736 Application for Foreclosure of Home Equity Lien, in the 198th Judicial District Court of Harris County, Texas, in Cause No. 2011-30878; and

Exhibit No. 6: Substitute Trustee's Deed.

In addition, Comerica may seek introduction and admission of any and all documents designated and/or tendered by Debtor as its exhibits.

Comerica further reserves the right to supplement and/or amend this list of exhibits, with permission of the Court, as necessary.

Date: April 13, 2012.

Respectfully submitted,

/s/ *Thomas C. Scannell*
David M. O'Dens
Texas Bar I.D. 15198100
*dodens@settlepou.com*

Thomas C. Scannell
Texas Bar I.D. 24070559
*tscannell@settlepou.com*

SETTLEPOU
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
(214) 520-3300
(214) 526-4145 (Facsimile)

ATTORNEYS FOR COMERICA BANK

### Certificate of Service and Certificate of Compliance with BLR 4001

A copy of this Witness and Exhibit List was served on the persons shown on Service List attached hereto at the addresses shown therein on April 13, 2012, by prepaid United States first class mail.

/s/ *Thomas C. Scannell*
Thomas C. Scannell

P:\crd\10\0595\exhibit.witness list.reimpose.001.doc

COMERICA BANK'S WITNESS AND EXHIBIT LIST FOR THE
HEARING ON DEBTOR'S EMERGENCY MOTION TO
REIMPOSE AUTOMATIC STAY AGAINST COMERICA    Page 3 of 3