UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JANIE SANTANA,** § | |
| § | **BANKRUPTCY NO. 12-30880** |
| Debtor § | **(Chapter 7 – converted from Ch 13)** |

### JANIE SANTANA'S WITNESS LIST

| | |
|---|---|
| Name of Debtor: | Janie Santana |
| Judge: | David R. Jones |
| Nature of Proceedings: against Comerica | Hearing on Debtor's Motion to Reimpose the Automatic Stay |
| Hearing Date: | April 17, 2012 |
| Hearing Time: | 9:30 a.m. |

**Witnesses**:

1. Paul Ramirez, private investigator, hired by Roberto Larios.
2. Ms. Frances Valdez, next door neighbor.
3. Ms. Barbara Benton, neighbor from across the street.
4. Any witness designated by Comerica

**Exhibits:** None

Filed: April 13, 2012                              Respectfully submitted,

                                                                 **MIDDAGH & LANE, P.L.L.C.**

                                                By:  /s/ *Andrew Haut*
                                                  Robert "Chip" C. Lane
                                                  State Bar No. 24046263
                                                  Anh Thu N. Dinh
                                                  State Bar No. 24071480
                                                  Andrew Haut
                                                  State Bar No. 24067649
                                                  So. District Bar No. 1002164
                                                  6200 Savoy, Suite 1150
                                                  Houston, Texas 77036
                                                  (713) 595-8200 Telephone

(713) 595-8201 Facsimile
*Attorneys for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2012, I sent a true and correct copy of the above and foregoing Witness List to the following parties by the following means:

1. The United States Trustee (via ECF notification)

    Office of the US Trustee
    515 Rusk Ave
    Ste 3516
    Houston, TX 77002
    713-718-4650

2. Chapter 13 Trustee (via ECF notification)
    Randy W. Williams
    Thompson & Knight LLP
    333 Clay, Ste 3300
    Houston, TX 77002
    713-654-8111
    713-654-1871 (fax)

3. Comerica (via ECF notification)

    Thomas C Scannell, Jr.
    Settle Pou
    3333 Lee Parkway
    Dallas, Texas 75219
    telephone (215) 520-3300

4. All other creditors and parties in interest (via ECF notification)

        _/s/ *Andrew Haut*_____
          Andrew Haut