UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANIE SANTANA, § | |
| § | BANKRUPTCY NO. 12-30880 |
| Debtor § | (Chapter 7 – converted from Ch 13) |

### JANIE SANTANA'S AMENDED WITNESS LIST

Name of Debtor: Janie Santana

Judge: David R. Jones

Nature of Proceedings: Hearing on Debtor's Motion to Reimpose the Automatic Stay against Comerica

Hearing Date: April 17, 2012

Hearing Time: 9:30 a.m.

**Possible Witnesses**:
1. Janie Santana, Debtor
2. Joe Sanchez, brother to the Debtor
3. Paul Ramirez, private investigator, hired by ex-husband, Roberto Larios.
4. Ms. Frances Valdez, next door neighbor.
5. Ms. Barbara Benton, neighbor from across the street.
6. Any witness designated by Comerica

**Exhibits:** None

Filed: April 13, 2012                              Respectfully submitted,

MIDDAGH&LANE, P.L.L.C.

By: _/s/ *Andrew Haut*_____
Robert "Chip" C. Lane
State Bar No. 24046263
Anh Thu N. Dinh
State Bar No. 24071480
Andrew Haut
State Bar No. 24067649
So. District Bar No. 1002164
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Telephone

(713) 595-8201 Facsimile
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2012, I sent a true and correct copy of the above and foregoing Amended Witness List to the following parties by the following means:

1. The United States Trustee (via ECF notification)
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002
713-718-4650

2. Chapter 13 Trustee (via ECF notification)
Randy W. Williams
Thompson & Knight LLP
333 Clay, Ste 3300
Houston, TX 77002
713-654-8111
713-654-1871 (fax)

3. Comerica (via ECF notification)
Thomas C Scannell, Jr.
Settle Pou
3333 Lee Parkway
Dallas, Texas 75219
telephone (215) 520-3300

4. All other creditors and parties in interest (via ECF notification)

　　　　　　　　　　　　　　　　　/s/ *Andrew Haut*　　　　　　　　
　　　　　　　　　　　　　　　　　Andrew Haut