**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Janie Santana
    Debtor

Case No.: 12−30880

Chapter: 7

---

**NOTICE OF PENDING CASE CLOSING WITHOUT ENTRY OF DISCHARGE**
**FOR FAILURE TO COMPLETE FINANCIAL MANAGEMENT COURSE**

    As provided by 11 U.S.C. § 727(a)(11), the Court will not grant a discharge of debts in this case until Debtors complete an approved instructional course concerning personal financial management. Debtors must complete a financial management course and file proof of completion with the court by May 24, 2012 or this case will be closed without entry of discharge thirty days after the Trustee files a final report and account. Once the case is closed, Debtors will be required to pay a reopening fee in order to file the proof of course completion and receive a discharge.

    **NOTE: This financial management course requirement is in addition to the pre−bankruptcy credit counseling briefing under 11 U.S.C. § 109 (h).**

    A list of financial management course providers is maintained on the court's website: www.txs.uscourts.gov under bankruptcy court information, and on the United States Trustee's website: www.usdoj.gov/ust.

Date: May 9, 2012

                                                                             David J. Bradley
                                                                             Clerk of Court

United States Bankruptcy Court
Southern District of Texas

In re:                                                          Case No. 12-30880-drj
Janie Santana                                                   Chapter 7
          Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0541-4          User: than            Page 1 of 2           Date Rcvd: May 09, 2012
                              Form ID: ntcfinmg     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2012.
db          +Janie Santana,   4625 Clay,   Houston, TX 77023-1211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 11, 2012**                    Signature:    _Joseph Speetjens_

```
District/off: 0541-4           User: than                 Page 2 of 2                Date Rcvd: May 09, 2012
                               Form ID: ntcfinmg         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2012 at the address(es) listed below:

          Andrew   Haut    on behalf of Debtor Janie Santana ahaut@andrewhautlaw.com, haut@m-llaw.com;thegorelawfirm@gmail.com
          Randy W Williams    williarw@tklaw.com, rw13@trustesolutions.com;sandra.nowinski@tklaw.com;nashira.parker@tklaw.com;rw13@trustesolutions.net
          Thomas C Scannell    on behalf of Creditor   Comerica Bank tscannell@settlepou.com
          US Trustee     USTPRegion07.HU.ECF@USDOJ.GOV

                                                                                                            TOTAL: 4