IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 12-30880-H2-7 |
| JANIE SANTANA | § | Chapter 7 |
| | § | |
| | § | |
| DEBTOR(S) | § | |

## MOTION TO DISMISS

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THIS MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY OF THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

Randy W. Williams, chapter 7 trustee for the above referenced and numbered estate files this Motion to Dismiss, and would respectfully show the Court as follows:

1. On February 6, 2012, the above referenced Debtor filed voluntary chapter 13 bankruptcy. On March 5, 2012, the case was converted to chapter 7. The §341 First Meeting of Creditors was to be held on April 2, 2012. The Debtor appeared. At that time, the Trustee requested the Debtor file amended schedules and appear for a continued Meeting on Creditors on May 14, 2012. The Debtor did not file the amended schedules, nor did the Debtor appear for the continued Meeting of Creditors.

2. The Debtor's failure to amend her schedules and appear for the continued §341 First Meeting of Creditors is prejudicial to the rights of creditors. The delay caused

by their inattention to the Rules and Statutes is prejudicial to the rights of creditors. Pursuant to 11 U.S.C. § 707 (a), the Trustee requests that the case be dismissed.

    WHEREFORE, PREMISES CONSIDERED, the Trustee prays that the case be dismissed and for such other and further relief to which the Trustee may be entitled.

Dated: June 20, 2012.

                                                Respectfully submitted,

                                                <u>/s/ Randy W. Williams</u>
                                                Randy W. Williams, Trustee
                                                Three Allen Center
                                                333 Clay Street, Suite 3300
                                                Houston, TX  77002
                                                (713) 654-8111
                                                (713) 654-1871 facsimile

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was delivered by first class mail, postage prepaid to the U.S. Trustee, the Debtor, and the Debtor's attorney on this the 20th day of June, 2012 unless served by ECF at the time of electronic filing.

                               /s/ Randy W. Williams
                               Randy W. Williams

**Debtor**
Janie Santana
4625 Clay
Houston, TX 77023

**Debtor's Attorney**
Andrew Haut
12946 Dairy Ashford
Sugar Land, TX 77478

**U.S. Trustee**
Judy Robbins
515 Rusk, Suite 3516
Houston, TX  77002

502306 000009 HOUSTON 779328.1