

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**ENTERED**
**07/17/2012**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 12-30880-H2-7** |
| JANIE SANTANA | § | **Chapter 7** |
| | § | |
| | § | |
| DEBTOR(S) | § | |

## ORDER TO DISMISS
(Docket No. 52)

Came on for hearing the Trustee's Motion to Dismiss (the "Motion") in the above

referenced case, and it appearing that the Motion has merit, it is hereby

ORDERED that the case is DISMISSED with prejudice to refiling for 180 days.

**SIGNED: July 16, 2012.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE