**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



**ENTERED**
**08/28/2012**

In Re:  Janie Santana

**Debtor(s)**

Case No.: 12–30880

Chapter:  7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Randy W Williams is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 8/28/12

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE